AUSA:   Susan Fairchild                Telephone:  (313) 226-9577
AO 91 (Rev. 11/11)   Criminal Complaint          Officer:          Jeremy McCullough          Telephone:  (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Manuel  CARREON-DUARTE, a/k/a Adrian SANCHEZ-DIAZ, a/k/a Roel GARCIA-CARRERA, | Case No.  2:25-mj-30383<br>Judge: Unassigned,<br>Filed: 06-13-2025 At 04:43 PM<br>CMP USA V. MANUEL CARREON-DUARTE (DA) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 27, 2025_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a),(b)(2) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about May 27, 2025, in the Eastern District of Michigan, Southern Division, Manuel  CARREON-DUARTE, a/k/a Adrian SANCHEZ-DIAZ, a/k/a Roel GARCIA-CARRERA, an alien from Mexico, who had previously been convicted of an aggravated felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about October 28, 1993, at or near El Paso, Texas, was found in the United States  without  having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), (b)(2).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy McCullough, Deportation Officer, DHS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____June 13, 2025_____

_____
*Judge's signature*

City and state:  Detroit, MI_____

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeremy McCullough, being first duly sworn, hereby state the following under penalty of perjury:

1.  I am a Deportation Officer with United States Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations, having been so employed since March 2003. Previously I was employed by the United States Department of Justice, Immigration and Naturalization Service, Detention and Removal Operations. I was previously assigned to the Federal Bureau of Investigation (FBI) Violent Gang Task Force (VGTF) for twelve years and continue to participate in VGTF investigations.   During my career, I have conducted numerous investigations of federal immigration violations, identity theft, federal firearms, narcotics, credit card fraud investigations, homicide and public corruption investigations.

2.  I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

1

3.     This affidavit is submitted in support of an arrest warrant for Manuel CARREON-DUARTE a/k/a Adrian SANCHEZ-DIAZ, a/k/a Roel GARCIA-CARRERA, date of birth 12/X/19XX, who is a native and citizen of Mexico. This affidavit is based on my personal knowledge, as well as information and reports submitted by other law enforcement officers, sources of information and information obtained from the alien file of Manuel CARREON-DUARTE.  Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested warrant, it does not contain each and every fact known about this case by your affiant or ICE/ERO.

4.     Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, U.S.C., Section 1326(b)(2), Unlawful Re-Entry Following Removal after being convicted of an aggravated felony,  to wit; Unlawful Delivery of a Controlled Substance  (cocaine) in violation of Chapter 56.5, Section 1401(A2) of the Illinois Revised Statutes has been committed by Manuel CARREON-DUARTE.  For this offense Manuel CARREON-DUARTE was sentenced to 12 years with the Illinois Department of Corrections. Manuel CARREON-DUARTE served 5 ½ years in custody.

2

## Introduction

5.    In April 2025, FBI Violent Crime Task Force (VCTF) began investigating Manuel CARREON-DUARTE after learning that Manuel CARREON-DUARTE was named as a target of a cartel related homicide. Manuel CARREON-DUARTE was living under the alias name of Roel GARCIA-CARRERA.    Affiant checked relevant immigration databases and determined that the individual using the alias of Roel GARCIA-CARRERA was illegally/unlawfully present in the United States.

## Probable Cause

6.    On May 27, 2025, Homeland Security Task Force (HSTF) conducted a vehicle stop on a vehicle being driven by CARREON-DUARTE. CARREON-DUARTE presented a heavily damaged identification card bearing the name of Roel GARCIA-CARRERA from Durango, Mexico. Upon questioning, Manuel CARREON-DUARTE admitted that he was a citizen of Mexico and unlawfully present in the United States.  Manuel CARREON-DUARTE was arrested. While in custody, Manuel CARREON-DUARTE admitted to using a fraudulent name and that he was previously imprisoned for 5 ½ years for the sale of cocaine in Illinois. He also admitted that he had previously been removed from the United States. Law

3

enforcement corroborated this information by conducting computer database queries and law enforcement queries.

### Immigration History

7.    On or about March 10, 1990, Manuel CARREON-DUARTE was ordered deported by an Immigration Judge to Mexico.

8.    On or about October 28, 1993, INS deported Manuel CARREON-DUARTE to Mexico, via El Paso, Texas, following his term of custody in the state prison.

9.    On or about October 24, 2004, Manuel CARREON-DUARTE was arrested by the United States Border Patrol at or near Yuma, Arizona.  Manuel CARREON-DUARTE was not processed/charged with violating 8 U.S.C. 1326, unlawful re-entry due to a prior immigration policy in effect at that time. He was processed as a voluntary return.

10.   On January 31, 2005, an Immigration Judge located in Eloy, Arizona ordered Manuel CARREON-DUARTE removed from the United States to Mexico. He was removed to Mexico via Nogales, Arizona, afoot, on the same date.

11.   A criminal history query was conducted and reveals that on or about April 27, 1988, Manuel CARREON-DUARTE was arrested in Illinois for Unlawful Delivery of a Controlled Substance in violation of Chapter 56.5,

4

Section 1401(A2) of the Illinois Revised Statutes. He was convicted of the offense on or about May 25, 1988. For this offense he was sentenced to 12 years in prison and was released after serving 5 ½ years.

12.   On or about November 1, 2004, Manuel CARREON-DUARTE was found guilty in the United States District Court of Arizona for the offense of Illegal Entry in violation of 8 U.S.C. §1325.  For this offense Manuel CARREON-DUARTE was sentenced to 75 days in United States Marshal custody.

13.   Review of the Alien File (A# xxx xxx 338) for Manuel CARREON-DUARTE and queries in computer databases confirm no record exists of Manuel CARREON-DUARTE obtaining permission from the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on October 28, 1993.

## Conclusion

14.   Based upon the above investigation and information, probable cause exists that Manuel CARREON-Duarte, a citizen and national of Mexico, who was previously convicted of an aggravated felony offense, is present in the United States without authorization from the Secretary of the United States Department of Homeland Security or the United States Attorney General,

after being removed from the United States on October 28, 1993, in violation of Title 8, U.S.C. § 1326(b)(2).

_____
Jeremy McCullough
Deportation Officer
ICE/ERO

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge

6