| | | |
|---|---|---|
| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
| AO 442 (Rev. 11/11) Arrest Warrant | Officer: Jeremy McCullough | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
> Clerk, U.S. District Court
> Eastern District of Michigan
> By: s/Davon Allen
> Deputy

United States of America
v.

Manuel CARREON-DUARTE, a/k/a Adrian SANCHEZ-DIAZ, a/k/a Roel GARCIA-CARRERA,

Case No. 25-MJ-30383

## ARREST WARRANT

FILED USDC - CLRK DET
2025 JUN 18 PM 1:46

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Manuel CARREON-DUARTE, a/k/a Adrian SANCHEZ-DIAZ, a/k/a Roel GARCIA-CARRERA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

On or about May 27, 2025, in the Eastern District of Michigan, Southern Division, Manuel CARREON-DUARTE, a/k/a Adrian SANCHEZ-DIAZ, a/k/a Roel GARCIA-CARRERA, an alien from Mexico, who had previously been convicted of an aggravated felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about October 28, 1993, at or near El Paso, Texas, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), (b)(2).

Date: June 13, 2025

*Issuing officer's signature* Elizabeth A. Stafford

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-13-25, and the person was arrested on *(date)* 6-17-25
at *(city and state)* BATTLE CREEK, MI.

Date: 6-17-25

*Arresting officer's signature* #1612

JEREMY MCCULLIGAN, DO
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies US